**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ferdous AHMMED, Defendant–
Appellant.**

**No. 03–50376.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 19, 2005.

Tammy C. Spertus, Esq., USLA—Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Kenneth M. Stern, Esq., Woodland Hills, CA, for Defendant–Appellant.

Before: REINHARDT, RYMER and HAWKINS, Circuit Judges.

MEMORANDUM **

Ferdous Ahmmed appeals his 46–month sentence imposed after a jury trial conviction for 3 counts of witness retaliation, in violation of 18 U.S.C. § 1513(b)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.